UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ORIT OGED,<br><br>Defendant. | Case No. 3:24-cr-00023-MMD-CLB<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion for Unsealing ECF Nos. 53 and 55, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the information in the above captioned case, ECF No. 53, and the plea agreement in the above-captioned case, ECF No. 55, shall be, and are, unsealed.

DATED this <u>25th</u> day of July, 2024.

_____
HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE