Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
1700 S. Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Orit Oged*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 3:24-cr-00023-MMD-CLB |
| Plaintiff, | |
| v. | **Order Granting Stipulation to Continue Sentencing Hearing** |
| Orit Oged, | (*First Request*) |
| Defendant. | |

The Parties enter this stipulation to continue the sentencing hearing currently set for January 27, 2026, to March 4, 2026, at 10:00 a.m. The Parties enter this stipulation because:

1. On October 17, 2025, Undersigned was appointed as defense counsel. ECF No. 85.
2. New defense counsel needs additional time to prepare for sentencing.
3. Ms. Oged is in custody and agrees to the continuance.

4916-0683-5829

4. The Parties agree to the continuance.

| | |
|---|---|
| DATED: October 23, 2025 | DATED: October 23, 2025 |
| SNELL & WILMER L.L.P. | SUE FAHAMI<br>Executive Assistant United States Attorney |
| */s/ Erin Gettel*<br>Erin Gettel (Bar No. 13877)<br>1700 S. Pavilion Center Drive, Ste. 700<br>Las Vegas, NV 89135<br><br>*Attorney for Defendant*<br>*Orit Oged* | */s/ Penelope Brady*<br>Penelope Brady<br>Andrew Keenan<br>Assistant United States Attorneys<br>United States Attorneys' Office<br>400 South Virginia Street<br>Suite 900<br>Reno, NV 89501<br><br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED <u>October 23, 2025</u>.

- 2 -

4916-0683-5829